(Official Form 1) (9/01)

| FORM B1 | UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Specialized Delivery Systems, Inc.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Social Security/Tax Identification No. (if more than one, state all):<br>**75-2564234** | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**2105 Harwood Road, Suite 215-116<br>Bedford, TX 76021** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 | |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | | |
| ☐ Other_____ | ☐ Clearing Bank | ☐ Section 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☑ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | Must attach signed application for the court's consideration |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information**    (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☐ | 50-99<br>☑ | 100-199<br>☐ | 200-999<br>☐ | 1000-Over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2003 (Build 6.0.0.299, ID 3784294972)*

(Official Form 1) (9/01)                                                                                                    FORM B1, Page 2

| **Voluntary Petition (page 2)**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):   **Specialized Delivery Systems, Inc.** |
|---|---|

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

_____
Telephone Number (If not represented by an attorney)

_____
Date

### Signature of Attorney

**X** /s/ David B. Ebert

**David B. Ebert**                    Bar No. **00790623**

**Ebert Law Offices, P.C.**
**DB Ebert #00790623,CD Ebert #05332500**
**1236 Southridge Court, Suite 100**
**Hurst, Texas  76053**

Phone No.**(817) 282-9183**    Fax No.**(817) 280-9813**

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Specialized Delivery Systems, Inc.**

**X** /s/ Rick Lewis

**Rick Lewis**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)   I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _____
                                          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Specialized Delivery Systems, Inc.**                CASE NO

                                                                                                          CHAPTER     **7**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| None | | | |
| | | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                          CASE NO

                                                                CHAPTER     **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | Total  > | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                 CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 15. Accounts receivable. | X | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| | | **Total  >** | **$0.00** |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                 CHAPTER   **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Ford F250 Lariat | $33,103.29 |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | X | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 28. Inventory. | X | | |
| 29. Animals. | X | | |
| 30. Crops - growing or harvested. Give particulars. | X | | |
| 31. Farming equipment and implements. | X | | |
| | | Total   > | $33,103.29 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                   CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | |
| | | Total  > | $33,103.29 |

IN RE:  **Specialized Delivery Systems, Inc.** _____

_____ Debtor

CASE NO _____

_____ (If Known)

CHAPTER  **7**

_____
Joint Debtor

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:  **00000029477637**<br><br>**Ford Motor Credit**<br>**PO Box 834101**<br>**Richardson, TX 75083** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Automobile Loan**<br>COLLATERAL:<br>**2002 Ford F250 Lariat**<br>REMARKS:<br>**Rick Lewis - personal guarantor to continue payments**<br><br>COLLATERAL VALUE:    **$33,103.29** | | | | $33,103.29 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | $33,103.29 | $0.00 |
| | | | | Running Total > | | $33,103.29 | $0.00 |

_____**No**_____ continuation sheets attached

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                    CHAPTER    **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐  **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,650\* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐  **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐  **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,650\* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐  **Deposits by individuals**
*Claims of individuals up to a maximum of $2,100\* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐  **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☑  **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a) (8).*

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.  The amounts shown above were effective beginning April 1, 2001.*

_____**1**_____continuation sheets attached

IN RE: **Specialized Delivery Systems, Inc.** _____

_____ Debtor

CASE NO _____
(If Known)

CHAPTER **7**

_____ Joint Debtor

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Comptroller of Public Accounts**<br><br>**Austin, TX 78774-0100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Franchise Tax**<br>REMARKS: | | | | **Unknown** | **Unknown** |
| ACCT #:<br>**Comptroller of Public Accounts**<br><br>**Austin, TX 78774-0100** | | DATE INCURRED:<br>CONSIDERATION:<br>**State Sales Tax**<br>REMARKS: | | | | **Unknown** | **Unknown** |
| ACCT #:<br>**Dallas County Tax Office**<br>**Box 620088**<br>**Dallas, TX** | | DATE INCURRED:<br>CONSIDERATION:<br>**business property tax**<br>REMARKS: | | | | **$460.51** | **$460.51** |
| ACCT #:<br>**Hood County Appraisal District**<br>**P Box 819**<br>**Granbury, TX 76048** | | DATE INCURRED:<br>CONSIDERATION:<br>**business property tax**<br>REMARKS: | | | | **$377.01** | **$377.01** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | **$837.52** | **$837.52** |
| | | | | Running Total > | | **$837.52** | **$837.52** |

IN RE:  **Specialized Delivery Systems, Inc.**
_____
Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Advantage Trailer Storage**<br>**PO Box 250928**<br>**Plani, TX 75025** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $813.99 |
| ACCT #:<br>**American Express Centurion**<br>**Suite 0001**<br>**Chicago, IL  60679-0001** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $27,152.99 |
| ACCT #:<br>**American Teleprocessing**<br>**10681 Haddington, #130**<br>**Houston, TX 77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $321.51 |
| ACCT #:<br>**Apollo Paper**<br>**PO Box 2229**<br>**Coppell, TX 75019** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $1,177.71 |
| ACCT #:<br>**Associated Publishing Co.**<br>**The Area-Wide Phone Book**<br>**PO Box 980**<br>**Abilene, TX 79604** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $974.26 |
| ACCT #:<br>**Austin Foam Plastics, Inc.**<br>**PO Box 200938**<br>**Austin, TX 77216** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:  **202 898 38 0000 595598**<br>**Bank One**<br>**PO Box 8650**<br>**Wilmington, DE 19899** | X | DATE INCURRED:<br>CONSIDERATION:<br>**signature loan**<br>REMARKS: | | | | $98,581.00 |

_____7_____continuation sheets attached

Total for this Page (Subtotal) >    $131,021.46

Running Total >    $131,021.46

IN RE: **Specialized Delivery Systems, Inc.**

_____
Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank One<br>PO Box 8650<br>Wilmington, DE 19899** | X | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $11,163.33 |
| ACCT #:<br>**Bell Telephone<br>Newbury Park, CA 91320** | | DATE INCURRED:<br>CONSIDERATION:<br>**utility**<br>REMARKS: | | | | $1,633.57 |
| ACCT #:<br>**BenemaxII<br>1600 Airport Freeway<br>Bedford, TX 76022** | X | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $10,523.60 |
| ACCT #:<br>**Blackmon Mooring Steamatic, Inc.<br>315 N Great Southwest Parkway<br>Arlington, TX 76011** | | DATE INCURRED:<br>CONSIDERATION:<br>**services**<br>REMARKS: | | | | $698.21 |
| ACCT #:<br>**Central Appraisal District<br>of Taylor County<br>P0 Box 1800<br>Abilene, TX 79604** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Property Taxes**<br>REMARKS: | | | | $507.80 |
| ACCT #:<br>**Citi AAdvantage Business Card<br>PO Box 410408<br>Salt Lake City, UT 84141** | X | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $8,223.60 |
| ACCT #:<br>**Citibank<br>PO Box 6412<br>The Lakes, NV 88901** | X | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $19,559.57 |

Total for this Page (Subtotal) >  $52,309.68

Running Total >  $183,331.14

IN RE:  **Specialized Delivery Systems, Inc.**
_____
                        Debtor

CASE NO _____
                        (If Known)

CHAPTER  **7**

_____
                        Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cottonbelt Industrial**<br>**PO Box 75785**<br>**Chicago, IL 60675** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $19,846.88 |
| ACCT #:<br>**Dun and Bradstreet, Inc.**<br>**75 Remittance Drive, Suite 1793**<br>**Chicago, IL 60675** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $421.09 |
| ACCT #:<br>**Emeritus Communications**<br>**PO Box 78228**<br>**Phoenix, AZ 85062** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,128.88 |
| ACCT #:<br>**Equipment Depot**<br>**PO Box 560149**<br>**Dallas, TX 75356** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $302.17 |
| ACCT #:<br>**Everday Media**<br>**461 Park Avenue South**<br>**New York, NY 10016** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $9,075.00 |
| ACCT #:<br>**First Data Merchant Services**<br>**Marina Del Ray, CA  90292** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $20,331.00 |
| ACCT #:<br>**Fleet Credit Card**<br>**300 N. Wakefield Dr.**<br>**Newark, DE  19702** | X | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $6,600.00 |

|  | |
|---:|---|
| Total for this Page (Subtotal) > | $58,705.02 |
| Running Total > | $242,036.16 |

IN RE: **Specialized Delivery Systems, Inc.**
_____
Debtor

CASE NO _____
(If Known)

CHAPTER **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Fredco United Services**<br>**3960 Broadway, Suite 220F**<br>**Garland, TX 75043** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $445.18 |
| ACCT #:<br>**Freight Exchange**<br>**1925 Village Creek**<br>**Garland, TX 75040** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $1,590.00 |
| ACCT #:<br>**Freight Quote.com**<br>**10749W 84th**<br>**Lenexa, KS 66214** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,349.38 |
| ACCT #:<br>**Graphic Products**<br>**12800 Hillcrest, Suite 133**<br>**Dallas, TX 75230** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $1,103.71 |
| ACCT #:<br>**Graybar Financial Service**<br>**22442 Network Place**<br>**Chicago, IL 60673** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $221.05 |
| ACCT #:<br>**Insight Logistics**<br>**17401 Tiller Court**<br>**Westfield, IN 46074** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $537.20 |
| ACCT #:<br>**Ken Wanamaker**<br>**PO Box 1852**<br>**Fort Worth, TX 76101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $18,000.00 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $24,246.52 |
| Running Total > | $266,282.68 |

IN RE: **Specialized Delivery Systems, Inc.**

_____

Debtor

CASE NO _____

(If Known)

CHAPTER  **7**

_____

Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Klean N Tidy Maid Service**<br>**PO Box 490**<br>**Kaufman, TX 75142** | | DATE INCURRED:<br>CONSIDERATION:<br>**services**<br>REMARKS: | | | | $259.80 |
| ACCT #:<br>**Love Box Company, Inc.**<br>**PO Box 870075**<br>**Kansas City, MO 64187** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,455.54 |
| ACCT #:<br>**MBNA America Business Card**<br>**PO Box 15469**<br>**Wilmington, DE 19886** | X | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $11,316.95 |
| ACCT #:<br>**OEM**<br>**PO Box 166051**<br>**Irving, TX 75016** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $144.78 |
| ACCT #:<br>**Ozarka Natural Spring Water**<br>**PO Box 52214**<br>**Phoenix, AZ 85072** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $55.09 |
| ACCT #:<br>**Pace Butler**<br>**13900 Harvey Avenue**<br>**Edmond, OK  73013** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $8,000.00 |
| ACCT #:<br>**PC Treasures**<br>**3782 South Harper Road, Suite 200**<br>**Metamora, MI 48455** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,647.00 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $26,879.16 |
| Running Total > | $293,161.84 |

IN RE: **Specialized Delivery Systems, Inc.** _____

_____ Debtor

CASE NO _____

(If Known)

_____ Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pilot Air Freight**<br>**PO Box 7777 W9015**<br>**Philadelphia, PA 19175** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,589.75 |
| ACCT #:<br>**Postal Privilege**<br>**PO Box 856042**<br>**Louisville, KY 40285** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $377.89 |
| ACCT #:<br>**R and L Carriers**<br>**6814 Harry Hines Blvd.**<br>**Dallas, Texas 75235** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,672.51 |
| ACCT #:<br>**Ribbon Express**<br>**PO Box 815847**<br>**Dallas, TX 75381** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $169.99 |
| ACCT #:<br>**Ryder Transportation Services**<br>**PO Box 96723**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,479.90 |
| ACCT #:<br>**Sealed Air Corporation**<br>**PO Box 840823**<br>**Dallas, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $886.35 |
| ACCT #:<br>**Security Link**<br>**PO Box 9001076**<br>**Louisville, KY 40292** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $728.75 |

Total for this Page (Subtotal) > $11,905.14

Running Total > $305,066.98

IN RE:  **Specialized Delivery Systems, Inc.**

_____

Debtor

CASE NO _____

(If Known)

CHAPTER  **7**

_____

Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sir Speedy**<br>**2214 South Jupiter Road, Suite 200**<br>**Garland, TX 75041** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,933.99** |
| ACCT #:<br>**Southwestern Bell**<br>**PO Box 630047**<br>**Dallas, TX 75263** | | DATE INCURRED:<br>CONSIDERATION:<br>**services**<br>REMARKS: | | | | **$23,591.58** |
| ACCT #:<br>**Stutzman and Bromberg**<br>**2323 Bryan Street, Suite 2200**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**services**<br>REMARKS: | | | | **$5,129.75** |
| ACCT #:<br>**Synapse Micro, INc.**<br>**1901 Parkwood, Lockbox 971936**<br>**Bedford, TX 76021** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$14,920.10** |
| ACCT #:<br>**Techsmart**<br>**100 Heartland Boulevard**<br>**Edgewood, NY 11717** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$21,339.00** |
| ACCT #:<br>**The Trade Group**<br>**1434 Patton Place, Suite 190**<br>**Carrollton, TX 75007** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$2,623.75** |
| ACCT #:<br>**TXU Electric**<br>**PO Box 100001**<br>**Dallas, TX 75310** | | DATE INCURRED:<br>CONSIDERATION:<br>**utility**<br>REMARKS: | | | | **$1,477.17** |

Total for this Page (Subtotal) >   **$71,015.34**

Running Total >   **$376,082.32**

IN RE: **Specialized Delivery Systems, Inc.**
_____
Debtor

CASE NO _____
(If Known)

CHAPTER **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**United Parcel Service**<br>**PO Box 650580**<br>**Dallas, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $55,506.07 |
| ACCT #:<br>**Verizon**<br>**PO Box 920041**<br>**Dallas, TX 75392** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $533.63 |
| ACCT #:<br>**Verizon Directories Corporation**<br>**PO Box 619480**<br>**DFW Airport, TX 7261?** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $187.80 |
| ACCT #:<br>**Volt Services Group**<br>**File 53102**<br>**Las Angeles, CA 90074** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $10,529.04 |
| ACCT #:<br>**Waste Management**<br>**PO Box 78045**<br>**Phoenix, AZ 85062** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $804.28 |
| ACCT #:<br>**Wynit**<br>**6847 Ellicott Drive**<br>**East Syracuse, NY 13057** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,379.57 |
| ACCT #:<br>**ZCourm, Inc.**<br>**PO Box 1376**<br>**Alpharetta, GA 30009** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,871.50 |

Total for this Page (Subtotal) >    $73,811.89

Running Total >    $449,894.21

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                 CHAPTER    **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                      CASE NO

                                                                    CHAPTER    **7**

## SCHEDULE H (CODEBTORS)

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **American Express Centurion**<br>Suite 0001<br>Chicago, IL  60679-0001 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **Bank One**<br>PO Box 8650<br>Wilmington, DE 19899 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **Bank One**<br>PO Box 8650<br>Wilmington, DE 19899 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **BenemaxII**<br>1600 Airport Freeway<br>Bedford, TX 76022 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **Citi AAdvantage Business Card**<br>PO Box 410408<br>Salt Lake City, UT 84141 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **Citibank**<br>PO Box 6412<br>The Lakes, NV  88901 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **Fleet Credit Card**<br>300 N. Wakefield Dr.<br>Newark, DE  19702 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Specialized Delivery Systems, Inc.**                                    CASE NO

                                                                                                        CHAPTER     **7**

## SCHEDULE H (CODEBTORS)

*Continuation Sheet No. 1*

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **Ford Motor Credit**<br>PO Box 834101<br>Richardson, TX 75083 |
| **Rick Lewis**<br>8401 Albritton Drive<br>Frisco, Texas  75034 | **MBNA America Business Card**<br>PO Box 15469<br>Wilmington, DE 19886 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**

CASE NO

CHAPTER   **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $33,103.29 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $33,103.29 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $837.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $449,894.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules   > | | 19 | | | |
| Total Assets   > | | | $33,103.29 | | |
| Total Liabilities   > | | | | $483,835.02 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                CASE NO

                                        CHAPTER    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**20**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature  _**/s/ Rick Lewis**_____

                                        **_Rick Lewis_**
                                        **_President_**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $0.00 | 2003 |
| $ | 2002 |
| $1,922,758.00 | 2001 |

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Specialized Delivery Systems, Inc.**

CASE NO

CHAPTER **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Ebert Law Offices, P.C.
1236 Southbridge Court | 06/9/2003 | $4,755.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Specialized Delivery Systems, Inc.**

CASE NO

CHAPTER   **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

**Suite 100**
**Hurst, Texas 76053**

---

**10. Other transfers**

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1450 W. Walnut Hill Lane**<br>**Irving, Texas 75036** | | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                    CASE NO

                                                                 CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

### 16. Spouses and Former Spouses

None
☑

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

    c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**

CASE NO

CHAPTER  **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Specialized Delivery Systems, Inc.**<br>**75-2564234** | **computer** | **1994 - 2002** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Beard Harris**<br>**Paula Allgood**<br>**8401 Albritton Dr.**<br>**Frisco, Texas 75034** | **2001 - 2003** |

---

None ☑

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                              CASE NO

                                                                            CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
☑

   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None
☑

   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

   b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑

   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐

   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Rick Lewis** | **President** | |
| **8401 Albritton Dr.** | | |
| **Frisco, Texas 75034** | | |

### 22. Former partners, officers, directors and shareholders

None
☑

   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑

   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Specialized Delivery Systems, Inc.**                                    CASE NO

                                                                                CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

---

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**7**_____ sheets, and that they are true and correct.

Date _____          Signature _**/s/ Rick Lewis**_____

                                                              ***Rick Lewis***
                                                              ***President***

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                              CASE NO

*Debtor(s)*                                                                                  CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to Be Retained.*  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| 2002 Ford F250 Lariat | Ford Motor Credit<br>PO Box 834101<br>Richardson, TX 75083<br>00000029477637 | ☐ | ☐ | ☐ | ☑ |

Date _____                Signature  */s/ Rick Lewis*
                                                                        *Rick Lewis*
                                                                        *President*

Date _____                Signature _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Specialized Delivery Systems, Inc.**                      CASE NO

*Debtor(s)*                                              CHAPTER    **7**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

|  |  |
|---|---|
| **Amount paid:** | $4,755.00 |
| **Amount to be paid:** | |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connections with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  _____                    **/s/ Rick Lewis** _____
                                                         ***Rick Lewis***
                                                         ***President***

**/s/ David B. Ebert** _____        _____
***David B. Ebert***
Ebert Law Offices, P.C.
DB Ebert #00790623,CD Ebert #05332500
1236 Southridge Court, Suite 100
Hurst, Texas  76053

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Specialized Delivery Systems, Inc.**                                    CASE NO

*Debtor(s)*                                    CHAPTER      **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____          Signature  __/s/ Rick Lewis_____

                                                        *Rick Lewis*
                                                        *President*

Date _____          Signature _____

Advantage  Trailer    Storage
PO Box 250928
Plano,   TX 75025


American  Express   Centurion
Suite  0001
Chicago,  IL  60679-0001


American  Teleprocessing
10681 Haddington,   #130
Houston,  TX 77043


Apollo  Paper
PO Box 2229
Coppell,  TX 75019


Associated   Publishing   Co.
The  Area-Wide   Phone Book
PO Box 980
Abilene,  TX 79604


Austin  Foam Plastics,   Inc.
PO Box 200938
Austin,   TX 77216


Bank One
202  898  38  0000  595598
PO Box 8650
Wilmington,   DE 19899


Bank One
PO Box 8650
Wilmington,   DE 19899


Bell  Telephone
Newbury Park,  CA  91320

Benemax II
1600 Airport Freeway
Bedford, TX 76022


Blackmon Mooring Steamatic, Inc.
315 N Great Southwest Parkway
Arlington, TX 76011


Central Appraisal District
of Taylor County
PO Box 1800
Abilene, TX 79604


Citi AAdvantage Business Card
PO Box 410408
Salt Lake City, UT 84141


Citibank
PO Box 6412
The Lakes, NV 88901


Comptroller of Public Accounts

Austin, TX 78774-0100


Cottonbelt Industrial
PO Box 75785
Chicago, IL 60675


Dallas County Tax Office
Box 620088
Dallas, TX


Dun and Bradstreet, Inc.
75 Remittance Drive, Suite 1793
Chicago, IL 60675

Emerius   Communications
PO Box 78228
Phoenix,  AZ 85062


Equipment Depot
PO Box 560149
Dallas,  TX 75356


Everday Media
461 Park Avenue South
New York, NY 10016


First  Data Merchant  Services
Marina Del Ray, CA  90292


Fleet  Credit  Card
300 N. Wakefeld  Dr.
Newark, DE  19702


Ford Motor Credit
00000029477637
PO Box 834101
Richardson,   TX 75083


Fredco  United  Services
3960 Broadway, Suite  220F
Garland,  TX 75043


Freight  Exchange
1925 Village   Creek
Garland,  TX 75040


Freight  Quote.com
10749W  84th
Lenexa,  KS 66214

Graphic Products
12800 Hillcrest, Suite 133
Dallas, TX 75230


Graybar Financial Service
22442 Network Place
Chicago, IL 60673


Hood County Appraisal District
P Box 819
Granbury, TX 76048


Insight Logistics
17401 Tiller Court
Westfield, IN 46074


Ken Wanamaker
PO Box 1852
Fort Worth, TX 76101


Klean N Tidy Mail Service
PO Box 490
Kaufman, TX 75142


Linebarger, Heard, Goggan et al
309 W 7th St., Ste 1414
Ft Worth, Texas 76102-5113


Love Box Company, Inc.
PO Box 870075
Kansas City, MO 64187


MBNA America Business Card
PO Box 15469
Wilmington, DE 19886

```
O E M
PO Box 166051
Irving,  TX 75016



Ozarka  Natural  Spring  Water
PO Box 52214
Phoenix,  AZ 85072



Pace Butler
13900 Harvey Avenue
Edmond, OK  73013



PC Treasures
3782 South Harper Road, Suite  200
Metamora,  MI 48455



Pibt  Air  Freight
PO Box 7777 W 9015
Philadelphia,    PA 19175



Postal  Privilege
PO Box 856042
Louisville,    KY 40285



R and L Carriers
6814 Harry Hines Blvd.
Dallas, Texas  75235



Ribbon  Express
PO Box 815847
Dallas,  TX 75381



Rick  Lewis
8401 Albritton   Drive
Frisco,  Texas   75034
```

Ryder Transportation     Services
PO Box 96723
Chicago, IL 60693


Sealed Air Corporation
PO Box 840823
Dallas, TX 75284


Security Link
PO Box 9001076
Louisville, KY 40292


Sir Speedy
2214 South Jupiter  Road, Suite  200
Garland, TX 75041


Southwestern Bell
PO Box 630047
Dallas, TX 75263


Special  Procedures\IRS
Mail Code 5020 DAL
1100 Commerce St, Rm 9B8
Dallas, TX 75242


Steen & Steen/ McLean & Sanders
attn: Bankruptcy Section
307 W 7th St., Ste 1225
Ft Worth, Texas 76102-5110


Stutzman and Bromberg
2323 Bryan Street, Suite  2200
Dallas, TX 75201


Synapse Micro, Inc.
1901 Parkwood, Lockbox 971936
Bedford, TX 76021

Tarrant  County  Tax Collector
Delinquent  Tax Department
100  E  Weatherford   St
Ft  Worth,  Texas  76196-0018


Techsmart
100  Heartland   Boulevard
Edgewood,  NY  11717


The  Trade  Group
1434  Patton  Place,  Suite  190
Carrollton,   TX  75007


TXU  Electric
PO  Box  100001
Dallas,   TX  75310


United  Parcel  Service
PO  Box  650580
Dallas,   TX  75265


US  Attorney
Office  of  the  US  Attorney
801  Cherry  St,  Ste  1700
Fort  Worth,  TX  76102-6897


US  Department  of  Justice
10  &  Constitution   Ave,  NW
Washington,   DC  20530


Verizon
PO  Box  920041
Dallas,   TX  75392


Verizon  Directories   Corporation
PO  Box  619480
DFW  Airport,   TX  7261?

Volt Services Group
File 53102
Las Angeles, CA 90074


Waste Management
PO Box 78045
Phoenix, AZ 85062


William T. Neary
Office of the US Trustee
1100 Commerce St, Ste 9C60
Dallas, TX 75242


Wynit
6847 Ellicott Drive
East Syracuse, NY 13057


ZCoum, Inc.
PO Box 1376
Alpharetta, GA 30009