**FORM B9B** (Chapter 7 Corporation/Partnership No Asset Case) (9/97)        Case Number **03−46957−dml7**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Texas

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on 7/24/03.

You may be a creditor of the debtor. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Specialized Delivery Systems, Inc.
2105 Harwood Road, Suite 215−116
Bedford, TX 76021

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 03−46957−dml7 | 75−2564234 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| David B. Ebert<br>Ebert Law Offices<br>1236 Southridge Court, Suite 100<br>Hurst, TX 76053<br>Telephone number: 817−268−2468 | Scott M. Seidel<br>Passman & Jones<br>1201 Elm St., Suite 2500<br>Dallas, TX 75270<br>Telephone number: 214−712−6424 |

### Meeting of Creditors:

Date: **October 17, 2003**        Time: **08:30 AM**

Location: **Fritz G. Lanham Federal Building, 819 Taylor Street, Room 7A24, Ft. Worth, TX 76102**

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>501 W. Tenth Street<br>Fort Worth, TX 76102<br>Telephone number: 817−333−6000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 7/25/03 |

**EXPLANATIONS** FORM B9B (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0539-4           User: bstrader              Page 1 of 2              Date Rcvd: Jul 25, 2003
Case: 03-46957                 Form ID: b9b                Total Served: 71


The following entities were served by first class mail on Jul 27, 2003.
db          Specialized Delivery Systems, Inc.,    2105 Harwood Road, Suite 215-116,    Bedford, TX  76021
aty         David B. Ebert,    Ebert Law Offices,    1236 Southridge Court, Suite 100,    Hurst, TX  76053
tr          Scott M. Seidel,    Passman & Jones,    1201 Elm St., Suite 2500,    Dallas, TX  75270
ust         UST U.S. Trustee,    1100 Commerce St.,    Room 976,    Dallas, TX  75242-1011
7180770     Advantage Trailer Storage,    PO Box 250928,    Plani, TX 75025
7180771     American Express Centurion,    Suite 0001,    Chicago, IL  60679-0001
7180772     American Teleprocessing,    10681 Haddington, No.130,    Houston, TX 77043
7180773     Apollo Paper,    PO Box 2229,    Coppell, TX 75019
7180774     Associated Publishing Co.,    The Area-Wide Phone Book,    PO Box 980,    Abilene, TX 79604
7180775    +Austin Foam Plastics, Inc.,    PO Box 200938,    Austin, TX  78720-0938
7180778     Bell Telephone,    Newbury Park, CA  91320
7180779     BenemaxII,    1600 Airport Freeway,    Bedford, TX 76022
7180780     Blackmon Mooring Steamatic, Inc.,    315 N Great Southwest Parkway,    Arlington, TX 76011
7180781     Central Appraisal District,    of Taylor County,    P0 Box 1800,    Abilene, TX 79604
7180782     Citi AAdvantage Business Card,    PO Box 410408,    Salt Lake City, UT 84141
7180783     Citibank,    PO Box 6412,    The Lakes, NV  88901
7180784    +Comptroller of Public Accounts,    Austin, TX  78774-0001
7180785     Cottonbelt Industrial,    PO Box 75785,    Chicago, IL 60675
7180786    +Dallas County Tax Office,    Box 620088,    Dallas, TX  75262-0088
7180787     Dun and Bradstreet, Inc.,    75 Remittance Drive, Suite 1793,    Chicago, IL 60675
7180788     Emeritus Communications,    PO Box 78228,    Phoenix, AZ 85062
7180789     Equipment Depot,    PO Box 560149,    Dallas, TX 75356
7180790     Everday Media,    461 Park Avenue South,    New York, NY 10016
7180791     First Data Merchant Services,    Marina Del Ray, CA  90292
7180792     Fleet Credit Card,    300 N. Wakefield Dr.,    Newark, DE  19702
7180793     Ford Motor Credit,    PO Box 834101,    Richardson, TX 75083
7180794     Fredco United Services,    3960 Broadway, Suite 220F,    Garland, TX 75043
7180795     Freight Exchange,    1925 Village Creek,    Garland, TX 75040
7180796     Freight Quote.com,    10749W 84th,    Lenexa, KS 66214
7180797     Graphic Products,    12800 Hillcrest, Suite 133,    Dallas, TX 75230
7180798     Graybar Financial Service,    22442 Network Place,    Chicago, IL 60673
7180799     Hood County Appraisal District,    P Box 819,    Granbury, TX 76048
7180800     Insight Logistics,    17401 Tiller Court,    Westfield, IN  46074
7180801     Ken Wanamaker,    PO Box 1852,    Fort Worth, TX 76101
7180802     Klean N Tidy Maid Service,    PO Box 490,    Kaufman, TX 75142
7180803     Linebarger, Heard, Goggan et al,    309 W 7th St., Ste 1414,    Ft Worth, Texas 76102-5113
7180804     Love Box Company, Inc.,    PO Box 870075,    Kansas City, MO 64187
7180805     MBNA America Business Card,    PO Box 15469,    Wilmington, DE 19886
7180806     OEM,    PO Box 166051,    Irving, TX 75016
7180807     Ozarka Natural Spring Water,    PO Box 52214,    Phoenix, AZ 85072
7180809     PC Treasures,    3782 South Harper Road, Suite 200,    Metamora, MI 48455
7180808     Pace Butler,    13900 Harvey Avenue,    Edmond, OK 73013
7180810     Pilot Air Freight,    PO Box 7777 W9015,    Philadelphia, PA 19175
7180811     Postal Privilege,    PO Box 856042,    Louisville, KY 40285
7180812     R and L Carriers,    6814 Harry Hines Blvd.,    Dallas, Texas  75235
7180813     Ribbon Express,    PO Box 815847,    Dallas, TX 75381
7180814     Rick Lewis,    8401 Albritton Drive,    Frisco, Texas  75034
7180815     Ryder Transportation Services,    PO Box 96723,    Chicago, IL 60693
7180816     Sealed Air Corporation,    PO Box 840823,    Dallas, TX 75284
7180817     Security Link,    PO Box 9001076,    Louisville, KY 40292
7180818     Sir Speedy,    2214 South Jupiter Road, Suite 200,    Garland, TX 75041
7180819     Southwestern Bell,    PO Box 630047,    Dallas, TX 75263
7180820     Special ProceduresIRS,    Mail Code 5020 DAL,    1100 Commerce St, Rm 9B8,    Dallas, TX  75242
7180821    +Steen & Steen- McLean & Sanders,    attn: Bankruptcy Section,    307 W 7th St., Ste 1225,
             Ft Worth, Texas 76102-5111
7180822     Stutzman and Bromberg,    2323 Bryan Street, Suite 2200,    Dallas, TX 75201
7180823     Synapse Micro, INc.,    1901 Parkwood, Lockbox 971936,    Bedford, TX 76021
7180827     TXU Electric,    PO Box 100001,    Dallas, TX 75310
7180824     Tarrant County Tax Collector,    Delinquent Tax Department,    100 E Weatherford St,
             Ft Worth, Texas 76196-0018
7180825     Techsmart,    100 Heartland Boulevard,    Edgewood, NY 11717
7180826     The Trade Group,    1434 Patton Place, Suite 190,    Carrollton, TX 75007
7180829     US Attorney,    Office of the US Attorney,    801 Cherry St, Ste 1700,    Fort Worth, TX 76102-6897
7180830     US Department of Justice,    10 & Constitution Ave, NW,    Washington, DC 20530
7180828     United Parcel Service,    PO Box 650580,    Dallas, TX 75265
7180832     Verizon Directories Corporation,    PO Box 619480,    DFW Airport, TX 7261
7180833     Volt Services Group,    File 53102,    Las Angeles, CA 90074
7180834     Waste Management,    PO Box 78045,    Phoenix, AZ 85062
7180835     William T. Neary,    Office of the US Trustee,    1100 Commerce St, Ste 9C60,    Dallas, TX  75242
7180836     Wynit,    6847 Ellicott Drive,    East Syracuse, NY 13057
7180837     ZCourm, Inc.,    PO Box 1376,    Alpharetta, GA 30009

The following entities were served by electronic transmission on Jul 26, 2003 and receipt of the transmission
was confirmed on:
7180776     EDI: FIRSTUSA.COM Jul 26 2003 00:34:00      Bank One,    PO Box 8650,    Wilmington, DE 19899
7180783     EDI: CITICORP.COM Jul 26 2003 00:34:00      Citibank,    PO Box 6412,    The Lakes, NV  88901
7180831     EDI: AFNIVERIZON.COM Jul 26 2003 00:34:00   Verizon,    PO Box 920041,    Dallas, TX 75392
                                                                                                    TOTAL: 3
```

```
District/off: 0539-4        User: bstrader        Page 2 of 2              Date Rcvd: Jul 25, 2003
Case: 03-46957              Form ID: b9b          Total Served: 71

             ***** BYPASSED RECIPIENTS (continued) *****
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 7180777*   Bank One,   PO Box 8650,   Wilmington, DE 19899
                                                                                  TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jul 27, 2003**                    **Signature:** *Joseph Speetjens*