UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

SPECIALIZED DELIVERY SYSTEMS, INC.

DEBTOR(S),

CASE NO. 03-46957-L

03-46957

CHAPTER 7

[Filed stamp: SEP 24 2003, TAWANA C. MARSHALL, By _____ Deputy]

ORIGINAL

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**
secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Telephone: (214)880-0089
Facsimile: (214)253-2558
Email: dallas.bankruptcy@publicans.com

By: _____
Sherrel K. Knighton    State Bar No.    00796900

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below.

DAVID B. EBERT
ATTORNEY AT LAW
1236 SOUTHRIDGE COURT, STE. 100
HURST, TX 76053

SCOTT SEIDEL
TRUSTEE
1201 ELM STREET
DALLAS, TX 75270

Dated this 22nd day of September 2003.

_____
Sherrel K. Knighton