UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   03-46957-7 |
| SPECIALIZED DELIVERY SYSTEMS, INC. | § | |
| DEBTOR(S), | § | CHAPTER   7 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HUNT COUNTY**                              **DALLAS COUNTY**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Telephone:   (214)880-0089
Facsimile:    (214)253-2558
Email:          dallas.bankruptcy@publicans.com

By: _____
Sherrel K. Knighton            State Bar No.         00796900

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below.

DAVID B. EBERT                             SCOTT SEIDEL
ATTORNEY AT LAW                        TRUSTEE
1236 SOUTHRIDGE COURT, STE. 100    1201 ELM STREET
HURST, TX 76053                            DALLAS, TX 75270

Dated this 7th day of October, 2003.          _____
                                                                Sherrel K. Knighton