Pamela Arnold Bassel
State Bar Number 01344800
LAW, SNAKARD & GAMBILL, P.C.
1600 W. 7th Street, Suite 500
Fort Worth, Texas 76102
(817) 878-6347 Direct
(817) 878-6367 Facsimile
pbasselndtx@lawsnakard.com

ATTORNEY FOR FORD MOTOR CREDIT COMPANY

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 03-46957-DML-7 |
| SPECIALIZED DELIVERY SYSTEMS, | § | |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that Pamela Arnold Bassel of the firm of Law, Snakard & Gambill, P.C. represents Ford Motor Credit Company, a secured creditor and party in interest in these proceedings, and enters an appearance and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

Respectfully submitted,

/s/      November 21, 2003
Pamela Arnold Bassel
State Bar Number 01344800
LAW, SNAKARD & GAMBILL, P.C.
1600 W. 7th Street, Suite 500
Fort Worth, Texas 76102
(817) 878-6347 Telephone
(817) 878-6367 Facsimile
pbasselndtx@lawsnakard.com

ATTORNEY FOR FORD MOTOR CREDIT COMPANY

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by FIRST CLASS MAIL, POSTAGE PREPAID to:

Specialized Delivery Systems, Inc.
2105 HArwood Road, Suite 215-116
Bedford, TX 76021

David Ebert
1236 Southridge Ct., Ste 100
Hurst, TX 76053

Scott Seidel
2500 Renaissance Tower, 1201 Elm St
Dallas, TX 75270

Dated on November 21, 2003.

                                                                                              /s/              November 21, 2003
                                                      Pamela Arnold Bassel

1702.19600/383299.1