Pitney, Hardin, Kipp & Szuch LLP
Jennifer A. Fernicola, Esq.
685 Third Avenue, 19th Floor
New York, NY 10017
(212) 297-5800

Attorneys for General Electric Capital Corporation

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 25 2003
TAWANA C. MARSHALL, CLERK
By_____ Deputy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### [FT. WORTH]

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| SPECIALIZED DELIVERY ) | Case Nos. 03-46957-dml17 |
| SYSTEMS, INC. ) | |
| ) | |
| Debtor. ) | |
| ) | REQUEST FOR SPECIAL NOTICE |
| _____) | |

THE DEBTOR'S ATTORNEY(S), CHAPTER 7 TRUSTEE & U.S. TRUSTEE:

PLEASE TAKE NOTICE that Jennifer A. Fernicola hereby requests that notice of any and all proceedings in the above-captioned matter be given to its attorneys, Pitney, Hardin, Kipp & Szuch LLP. Such notice shall be addressed as follows:

> Jennifer A. Fernicola, Esq.
> Pitney, Hardin, Kipp & Szuch LLP
> 685 Third Avenue
> New York, NY 10017
> Phone: (212) 297-5810

Dated: November 21, 2003

> Pitney, Hardin, Kipp & Szuch LLP
> Attorneys for General Electric Capital Corporation
>
> By _____
> Jennifer A. Fernicola, Esq.

## PROOF OF SERVICE
## STATE OF NEW YORK, COUNTY OF NEW YORK

I, Shronda Griffith, an employee in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: Pitney, Hardin, Kipp & Szuch LLP, 685 Third Avenue, New York, New York 10017-4024.

On this date, I served the annexed document described as **Request For Special Notice** on all interested parties by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| DEBTORS' ATTORNEY | CHAPTER 7 TRUSTEE |
|---|---|
| David B. Ebert, Esq.<br>Ebert Law Offices<br>1236 Southbridge Court, Suite 100<br>Hurst, TX 76053 | Scott M. Seidel<br>Passman & Jones<br>1201 Elm St., Suite 2500<br>Dallas, TX 75270 |
| U.S. TRUSTEE<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | |

I caused such envelopes to be deposited in the mail at New York, New York. The envelopes were mailed with proper postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 21, 2003
New York, New York.

_____
Shronda Griffith