Pamela Arnold Bassel
State Bar Number 01344800
LAW, SNAKARD & GAMBILL, P.C.
1600 W. 7th Street, Suite 500
Fort Worth, Texas 76102
(817) 878-6347 or 429-2991 Telephone
(817) 878-6367 Facsimile

ATTORNEY FOR FORD MOTOR CREDIT COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SPECIALIZED DELIVERY SYSTEMS, | § | CASE NO. 03-46957-DML-7 |
| DEBTOR. | § | |
| | § | |
| FORD MOTOR CREDIT COMPANY, | § | |
| MOVANT | § | |
| | § | |
| VS. | § | |
| | § | A Hearing on the Motion for |
| SPECIALIZED DELIVERY SYSTEMS | § | Relief from the Automatic Stay |
| AND SCOTT M. SEIDEL, TRUSTEE | § | or in the Alternative, Request |
| RESPONDENTS. | § | for Adequate Protection set: |
| | § | **DECEMBER 29, 2003 AT 9:30 A.M.** |

### NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

    This is to inform you that a hearing on the above referenced Motion has been set for hearing on December 29, 2003 at 9:30 a.m., before the Honorable D. Michael Lynn, United States Bankruptcy Courtroom, First Floor, Room 128, United States Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

    DATED December 9, 2003.

                                                                 Respectfully submitted,

                                                                /s/          December 9, 2003
                                                              Pamela Arnold Bassel

State Bar Number 01344800
LAW, SNAKARD & GAMBILL, P.C.
1600 W. 7th Street, Suite 500
Fort Worth, Texas  76102
(817) 878-6347 Telephone
(817) 878-6367 Facsimile
pbasselndtx@lawsnakard.com

ATTORNEY FOR FORD MOTOR
CREDIT COMPANY

**NOTICE**
**ABSENT COMPELLING CIRCUMSTANCES, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS DIVISION ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY.  THE PARTY REQUESTING THE HEARING MUST SERVE EVIDENTIARY AFFIDAVITS AT LEAST 7 DAYS IN ADVANCE OF SUCH HEARING; THE RESPONDING PARTY MUST SERVE EVIDENTIARY AFFIDAVITS AT LEAST 48 HOURS IN ADVANCE OF SUCH HEARING.  FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING MAY BE GROUNDS FOR DEFAULT RELIEF REGARDLESS OF THE PRESENCE OR ABSENCE OF AFFIDAVITS.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Hearing was served by CERTIFIED MAIL, RETURN RECEIPT REQUESTED on:

David Ebert
1236 Southridge Court
Hurst, TX  76053
**CRR #7002 2410 0004 9663 0235**

Specialized Delivery Systems
2105 Harwood Road, Suite 215-116
Bedford, TX 76021
**CRR #7002 2410 0004 9663 0228**

and by FIRST CLASS MAIL, POSTAGE PREPAID on:

Specialized Delivery Systems
2105 Harwood Road, Suite 215-116

Bedford, TX 76021

and by ELECTRONIC FILING on:

Scott Seidel
1201 Elm St. Suite 2500
Dallas, TX  75270

Office of the U.S. Trustee
1100 Commerce, Room 9C60
Dallas, Texas  75242

on December 9, 2003.

                                                          /s/        December 9, 2003
                                            Pamela Arnold Bassel

1702.19600/383709.1