Pamela Arnold Bassel
State Bar Number 01344800
LAW, SNAKARD & GAMBILL, P.C.
1600 W. 7th Street, Suite 500
Fort Worth, Texas  76102
(817) 878-6347 or 429-2991 Telephone
(817) 878-6367 Facsimile

ATTORNEY FOR FORD MOTOR CREDIT COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SPECIALIZED DELIVERY SYSTEMS, | § | CASE NO. 03-46957-DML-7 |
| DEBTOR. | § | |
| | § | |
| FORD MOTOR CREDIT COMPANY, | § | |
| MOVANT | § | |
| | § | |
| VS. | § | |
| | § | A Hearing on the Motion for |
| SPECIALIZED DELIVERY SYSTEMS | § | Relief from the Automatic Stay |
| AND SCOTT M. SEIDEL, TRUSTEE | § | or in the Alternative, Request |
| RESPONDENTS. | § | for Adequate Protection set: |
| | § | **DECEMBER 29, 2003 AT 9:30 A.M.** |

## AFFIDAVIT

| | |
|---|---|
| STATE OF MICHIGAN | § |
| | § |
| COUNTY OF WAYNE | § |

Before me, the undersigned authority, on this day personally appeared the undersigned Affiant, who being by me duly sworn, on his oath stated:

1. "My full name is Jack Champagne."

2. "I am an authorized representative of Ford Motor Credit Company ("Ford") and I have the care, custody and control of all records concerning the account of Specialized Delivery Systems, Account Number 7637. All facts recited herein are within my personal knowledge and are true and

correct."

3. "These records indicate that by virtue of the Vehicle Retail Instalment Contract dated November 4, 2001, and a Certificate of Title, Ford is a secured creditor with a lien on a 2002 Ford F250, Vehicle Identification Number 3FTNW21F82MA07670."

4. "The books and records of Ford Motor Credit Company indicate that the net balance owed on the account as of November 20, 2003, was $30,304.53. The monthly payments on the account are $799.98 each. The account is due for the September 19, 2003 payment and all payments due since that time."

FURTHER, AFFIANT SAYETH NOT.

/s/    December 10, 2003
JACK CHAMPAGNE, BANKRUPTCY
SPECIALIST FOR FORD MOTOR CREDIT
COMPANY

SUBSCRIBED AND SWORN TO BEFORE ME on this the 10th day of December, 2003.

/s/    December 10, 2003
NOTARY PUBLIC IN AND FOR THE
STATE OF MICHIGAN

My Commission Expires:        Printed Name: Ann Bloetscher
July 27, 2004

**NOTARY SEAL**

1702.19600/383709.1

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Affidavit was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

David Ebert
1236 Southridge Court
Hurst, TX  76053

Specialized Delivery Systems
2105 Harwood Road, Suite 215-116
Bedford, TX 76021

and by ELECTRONIC FILING on:

Scott M. Seidel
1201 Elm St. Suite 2500
Dallas, TX  75270

Office of the U.S. Trustee
1100 Commerce, Room 9C60
Dallas, Texas  75242

on December 17, 2003.

                                                               /s/         December 17, 2003
                                                           Pamela Arnold Bassel

1702.19600/388140.1