EBERT LAW OFFICES, P.C.
David B. Ebert\TBN: 00790623
1236 Southridge Court, Suite 100
Hurst, Texas 76053
(817) 268-2468

ATTORNEY FOR DEBTORS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SPECIALIZED DELIVERY SYSTEMS | § | CASE NO. 03-46957-DML-7 |
| | § | |
| | § | HEARING DATE: 12.29.03 |
| DEBTOR. | § | @ 9:30 AM |

### DEBTORS' RESPONSE TO MOTION TO LIFT STAY FILED BY FORD MOTOR CREDIT

TO THE HONORABLE DENNIS MICHAEL LYNN, U.S. BANKRUPTCY JUDGE:

COMES NOW, SPECIALIZED DELIVERY SYSTEMS, Debtor herein and files this response to Ford Motor Credit's Motion for Relief from the Automatic Stay and respectfully show the Court:

1. Debtor **admits** paragraph 1 of the Motion.
2. Debtor admits paragraph 2 of the Motion.
3. Debtor can neither admit or deny paragraph 3, 4, 5, 6 of the Motion at this time.
4. Debtors deny paragraph 7 of the Motion. Debtor asserts the guarantor of the vehicle may be able to offer adequate protection for the vehicle on behalf of Debtors to Movant.
5. Debtor denies paragraph 8 of the Motion to the extent the vehicle is not necessary for reorganization. Debtor asserts the vehicle is necessary for the success of guarantor's chapter 13 reorganization.
6. Debtors deny paragraph 9 of the Motion.

DEBTOR'S RESPONSE TO MOTION TO LIFT STAY--PAGE 1

**WHEREFORE,** Debtors pray this Motion be denied and for such other and further relief as is just.

Respectfully submitted,

*/s/ David B. Ebert*
David B. Ebert TBN: 00790623
1236 Southridge Court, Suite 100
Hurst, TX 76053
(817) 268-2468

Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to Movant's attorney via ECF and the Chapter 13 Trustee by regular United States mail on the 24 day of Dec, 2003.

*/s/ David B. Ebert*
David B. Ebert TBN: 00790623
1236 Southridge Court, Suite 100
Hurst, TX 76053
(817) 268-2468

Pam Bassel         pbassendtx@lawsnackard.com

Mr. Tim Truman
Chapter 13 Trustee
6851 Northeast Loop 820
Suite 300
Fort Worth, Texas 76180

DEBTOR'S RESPONSE TO MOTION TO LIFT STAY--PAGE 2