U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the order of the Court.**

**Signed January 14, 2004.**

_____
**United States Bankruptcy Judge**

---

Pamela Arnold Bassel
State Bar Number 01344800
LAW, SNAKARD & GAMBILL, P.C.
1600 W. 7th Street, Suite 500
Fort Worth, Texas 76102
(817) 878-6347 or 429-2991 Telephone
(817) 878-6367 Facsimile
pbasselndtx@lawsnakard.com

ATTORNEY FOR FORD MOTOR CREDIT COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SPECIALIZED DELIVERY SYSTEMS, DEBTOR. | § § § | CASE NO. 03-46957-DML-7 |
| FORD MOTOR CREDIT COMPANY, MOVANT. | § § § § | |
| VS. | § § | |
| SPECIALIZED DELIVERY SYSTEMS, RESPONDENT. | § § § § § | A Hearing on the Motion for Relief from the Automatic Stay or in the Alternative, Request for Adequate Protection set: 1/8/03 at 9:30 a.m. |

UNOPPOSED ORDER TERMINATING THE AUTOMATIC STAY

There came on for consideration before this Court this Unopposed Order regarding the Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection ("Motion") filed by Ford Motor Credit Company ("Creditor") complaining of Specialized Delivery Systems ("Debtor").  Creditor is represented by and through its attorney of record, Pamela Arnold Bassel of the firm of Law, Snakard & Gambill, P.C.  Debtor is represented by and through Debtor's attorney of record, David Ebert.  The Trustee, although served with a copy of the Motion and Notice of Hearing, failed to appear or otherwise respond.  Creditor and Debtor announced the following agreement to the Court:

1. The automatic stay is terminated immediately as to the 2002 Ford F250, Vehicle Identification Number 3FTNW21F82MA07670 ("Collateral"), account number ending in 7637.  Ford acknowledges that this vehicle is being paid for in the Chapter 13 proceeding of Richard and Cathi Lewis, case number 03-90011.

2. This Order is effective immediately and is not stayed for ten days following the entry of this Order.

IT IS SO ORDERED.

### End of Order ###

APPROVED AS TO SUBSTANCE AND FORM:

| /s/ | /s/ |
|---|---|
| Pamela Arnold Bassel<br>State Bar Number 01344800<br>LAW, SNAKARD & GAMBILL, P.C.<br>1600 W. 7th Street, Suite 500<br>Fort Worth, Texas  76102<br>(817) 878-6347 or 429-2991 Telephone<br>(817) 878-6367 Facsimile<br>ATTORNEY FOR FORD MOTOR CREDIT COMPANY | **\*\*David Ebert**<br>1236 Southridge Court<br>Hurst, TX  76053<br>State Bar No. 00790673<br>ATTORNEY FOR DEBTOR<br><br>**\*\* signed by Pamela Arnold Bassel with permission to sign the original Order on my behalf and to submit it to the Court for entry.** |

1702.19600/389378.1