BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Specialized Delivery Systems, Inc. § Case No.: 03–46957–dml7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED: 6/10/04            FOR THE COURT:
                          Tawana C. Marshall, Clerk of Court

                          by: /s/J. McCrory, Deputy Clerk