BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Specialized Delivery Systems, Inc. § Case No.: 03−46957−dml7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED: 6/10/04

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/J. McCrory, Deputy Clerk

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

6957-dml7   Doc 17   Filed 06/12/04   Entered 06/13/04 00:59:23   Desc
Imaged Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0539-4         User: jmccrory           Page 1 of 1              Date Rcvd: Jun 10, 2004
Case: 03-46957               Form ID: BTXN112         Total Served: 1

The following entities were served by first class mail on Jun 12, 2004.
tr         +Scott M. Seidel,   Passman & Jones,   1201 Elm St., Suite 2500,   Dallas, TX 75270-2599

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2004**                           **Signature:** _Joseph Speetjens_